Bexhet M. Bordonici
Reg. No. 11066-006
USP Victorville
P.O. Box 5500
Adelanto, CA  92301



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>　　　　　Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**MOTION FOR<br>APPOINTMENT OF COUNSEL** |

　　　Defendant, Bexhet M. Bordonici, moves for the appointment of counsel.

　　　Defendant makes this request for the reasons that s/he is financially unable to retain an attorney and requires the assistance of counsel.

　　　This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

　　　DATED this __27__ day of __fEBUARY__, 2008.

　　　　　　　　　　　_____
　　　　　　　　　　　Bexhet M. Bordonici