IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>　　　　Defendant. | Case No. 4:01-cr-00014-JWS<br><br>ORDER APPOINTING COUNSEL<br>and SETTING DATES |

On March 4, 2008, Bexhet M. Bordonici filed a motion for appointment of counsel for the purposes of filing a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1] *See* Docket No. 299-301.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3]  Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall make sure that the United States Attorney has been served with a copy of the motion for appointment of counsel, as well as this Order.

2. Mr. Bordonici's application for appointment of counsel, at docket number 300, is GRANTED, and Mary Geddes is appointed to represent Mr. Bordonici in this case, for the purposes of filing a motion under section 3582(c).

3. Counsel for Mr. Bordonici shall review the record, confer with him, and file an motion for re-sentencing, or other appropriate document, within sixty days of the date of this Order.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Bordonici files the motion.

5. Counsel for Mr. Bordonici may file a reply within thirty days of the filing of the

---

[3] *Id.* at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

response.

DATED this 6th day of March, 2008,  at Anchorage, Alaska.

                                                           <u>/s/ JOHN W. SEDWICK</u>
                                                           United States District Judge