Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>                       Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION TO REDUCE SENTENCE,** *NUNC PRO TUNC* |

Defendant, Bexhet M. Bordonici, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to permit a sixty-day extension, *nunc pro tunc*, in which to file his motion for resentencing. His motion was due yesterday, May 5. This motion is unopposed by Assistant United States Attorney Stephen Cooper.

Mr. Bordonici intends to move this court pursuant to 18 U.S.C. § 3582(c) for an order for resentencing based upon the Sentencing Commission's retroactive amendment to the crack cocaine guidelines.. Mr. Bordonici was sentenced in 2002 to a 720-month sentence. Mr. Bordonici was previously represented by Robert Noreen. Upon reviewing the sentencing materials in this case and having had some written correspondence with Mr. Bordonici, undersigned counsel needs

additional time to thoroughly research all sentencing issues. For this reason, she asks the court to allow her two additional months, as she had planned to take almost a total amount of thirty personal days leave from her office during that period.

DATED this 6th day of May, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 6, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ Mary C. Geddes