UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>        Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**PROPOSED<br>ORDER GRANTING TIME,**<br>*NUNC PRO TUNC* |

After due consideration of defendant's Unopposed Motion to Extend Time for Filing Motion to Reduce Sentence, *Nunc Pro Tunc*, the court GRANTS the motion.

Defendant shall have until July 7, 2008, within which to file his motion for resentencing pursuant to 18 U.S.C. § 3582(c).

DATED _____, 2008, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge