UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:01-cr-00014-JWS |
| vs. | |
| BEXHET M. BORDONICI, | **ORDER GRANTING TIME,** |
| Defendant. | *NUNC PRO TUNC* |

After due consideration of defendant's Unopposed Motion to Extend Time for Filing

Motion to Reduce Sentence, *Nunc Pro Tunc*, the court GRANTS the motion.

Defendant shall have until July 7, 2008, within which to file his motion for

resentencing pursuant to 18 U.S.C. § 3582(c).

DATED this 7th day of May 2008, in Anchorage, Alaska.


/s/ John W. Sedwick
United States District Court Judge