Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>               Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**SECOND UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION TO REDUCE SENTENCE** |

Defendant, Bexhet M. Bordonici, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to permit an additional three-week extension in which to file his motion for resentencing. His motion is due today, July 7; a new due date would be July 28. This motion is unopposed by Assistant United States Attorney Stephen Cooper. This is the second motion for an extension filed by the undersigned. The reason for this request is the same as the first: counsel is still awaiting prior counsel's files. If they are not soon received, counsel intends to make Mr. Bordonici's submission without that assistance.

DATED this 7th day of July, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 7, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ Mary C. Geddes