UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>                 Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**PROPOSED<br>ORDER GRANTING TIME** |

After due consideration of defendant's Unopposed Motion to Extend Time for Filing, the court GRANTS the motion.

Defendant shall have through July 28, 2008, to file his motion for resentencing pursuant to 18 U.S.C. § 3582(c).

DATED _____, 2008, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge