UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>                    Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**ORDER GRANTING TIME** |

After due consideration of defendant's Unopposed Motion to Extend Time for Filing, the court GRANTS the motion.

Defendant shall have through July 28, 2008, to file his motion for re-sentencing pursuant to 18 U.S.C. § 3582(c).

DATED July 8, 2008, in Anchorage, Alaska.

                              /s/ John W. Sedwick
                              United States District Court Judge