Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:01-cr-0014-JWS |
| vs. | |
| BEXHET M. BORDONICI, | **MOTION TO ACCEPT LATE-FILED MOTION,** *Filed on Shortened Time* |
| Defendant. | |

      Defendant, Bexhet M. Bordonici, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to allow the late-filing of his motion to reduce his sentence.  His motion was due July 28, 2008, but was not timely submitted due to an oversight by counsel.  She apologizes for this error.  Counsel has not yet been able to contact opposing counsel for his position on this motion.  The proposed motion is attached.

///

///

///

///

DATED this 1st day of August, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 1, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ Mary C. Geddes