UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>                Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**PROPOSED<br>ORDER REDUCING SENTENCE** |

After due consideration of defendant's Motion to Reduce His Sentence, the court GRANTS the motion. For reasons stated in the Motion, Mr. Bordonici's sentence of imprisonment is reduced to 480 months or 40 years.

        DATED _____, 2008, in Anchorage, Alaska.

_____
                        John W. Sedwick
               United States District Court Judge