UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>        Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**PROPOSED<br>ORDER ACCEPTING LATE-FILED<br>DOCUMENT** |

After due consideration of defendant's Motion to Accept Late-Filed Motion, the court GRANTS the motion. Defendant shall file his Motion to Reduce Sentence as soon as practical.

DATED _____, 2008, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge