UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BEXHET M. BORDONICI,<br><br>    Defendant. | Case No. 4:01-cr-0014-JWS<br><br>**ORDER ACCEPTING LATE-FILED DOCUMENT** |

After due consideration of defendant's Motion to Accept Late-Filed Motion, the court GRANTS the motion. Defendant shall file his Motion to Reduce Sentence as soon as practical and in any event not later than September 30, 2008.

DATED August 4, 2008, in Anchorage, Alaska.

                 /s/ John W. Sedwick
              United States District Court Judge